UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____
**SEAN KELLY**            :     Case No. 1:15-cv-00791-LJV
   **Plaintiff**         :
                       :
   **vs.**               :
                        :
**ACCOUNT DISCOVERY**    :
**SYSTEMS LLC**          :
   **Defendant**         :
_____:

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, SEAN KELLY, and the defendant, ACCOUNT DISCOVERY SYSTEMS LLC, that the above-entitled action is hereby dismissed <u>with prejudice</u> as to ACCOUNT DISCOVERY SYSTEMS LLC only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

       Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_____
       Brent F. Vullings, Esquire
       Attorney for Plaintiff

       Lippes Mathias Wexler Friedman LLP

BY: _/s/ Brendan H. Little_____
       Brendan H. Little, Esq.
       Attorney for Account Discovery Systems LLC

                                     IT IS SO ORDERED.

                                       _____
                                               J.